Jeffrey M. Lenkov (State Bar No. 156478)
*jlenkov@zellaw.com*
Bahareh Habibi (State Bar No. 274271)
*Bhabibi@zellaw.com*
**ZELMS ERLICH LENKOV LLP**
20920 Warner Center Lane, Suite B
Woodland Hills, California 91367
Telephone: (480) 608-2114
Facsimile: (818) 279-2550

Attorneys for Defendant, WALMART, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Kimberly Vargas,

            Plaintiff,

      v.

WALMART, INC., a Delaware corporation; DOE 1 (STORE MANAGER); and DOES 2-50, inclusive

            Defendants.

Case No. 2:25-cv-12115-AH-AJRx
*Assigned for all purposes to*
*Hon. Anne Hwang*
*Magistrate Judge A. Joel Richlin*

**ORDER TO STIPULATION TO REMAND BACK TO STATE COURT  [13]  [JS-6]**

Action Filed:    07/16/2025
Removed:       12/22/2025

**TO ALL PARTIES AND THEIR ATTORNEYS OF REORDS HEREIN**

The Court having considered the Stipulation to Remand Back to State Court, hereby makes the following order:

    1.  This action shall be remanded to the Los Angeles County Superior Court.

    2.    The Clerk of this Court shall transmit all necessary documents to the Los Angeles Superior Court.

    3.    Each Party shall bear its own costs and attorneys' fees incurred in connection with the removal and remand of this action, unless otherwise ordered by the Court.

1

4.    All hearings are vacated and the Motion to Remand is denied as moot. Dkt. No. 10.

**IT IS SO ORDERED.**

DATED: FEBRUARY 6, 2026



Anne Hwang
United States District Judge.

ORDER TO STIPULATION TO REMAND BACK TO STATE COURT

## PROOF OF SERVICE
### *Kimberly Vargas v. Walmart, Inc., et al.*
**Case No.:** 2:25-cv-12115-AH-AJR

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California.  My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367.

On  **February 6, 2026**, I served true copies of the following document(s) described as **[PROPOSED] ORDER TO STIPULATION TO REMAND BACK TO STATE COURT**on the interested parties in this action as follows:

### SERVICE LIST

| | |
|---|---|
| Charlotte Hadlow, Esq.<br>Jacob Chobanian, Esq.<br>Downtown La Law Group<br>540 S. Santa Fe Ave.<br>Los Angeles, CA 90013<br>Telephone: (213) 389-3765<br>Facsimile: (877) 289-2775 | ***Attorneys for Plaintiff Kimberly Vargas***<br><br>*charlotte@downtownlalaw.com*<br>*zeltzin@downtownlalaw.com*<br>*Jacob.chobanian@downtownlalaw.com* |

**[XX]  BY ELECTRONIC SERVICE:**  I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website.  The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF to the filing party, the assigned judge, and any registered users in the case.  The NEF constitutes service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission.

**[X]  (State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **February 6, 2026**, in Los Angeles, California.

NATALIE ROMERO                              */s/ Natalie Romero*
Type or Print Name                             Signature

PROOF OF SERVICE